UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOIS JONES, LARRY T. JONES, TARON S. JONES, JACOB M. D. JONES, and AMBRIANA JENKINS,<br><br>Plaintiffs,<br><br>v.<br><br>VINCE BALDASSANO, RICHARD M. MAHER, TIM E. WOOD, PAUL J. PARKS, TIMOTHY L, GRANVILLE, KAREN RITTORNO, ERIC R. OLSON, CHRISTOPHER L. MALENOCK, MARTIN T. BRENNAN, ERIK A. MIEHLE, ANTHONY J. JANNOTTA, JEFFREY T. SALVETTI, ERICK P. SENG, UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT, AND CITY OF CHICAGO THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO,<br><br>Defendants. | Case No. 12 C 07835<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Michael T. Mason |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,

_____
Irene K. Dymkar
Law Offices of Irene K. Dymkar
300 West Adams, Suite 330
Chicago, Illinois 60606
(312) 345-0123
Attorney No. 90785719
FEIN: 26-4087189
Attorney for Plaintiffs
Lois Jones, Larry T. Jones,
Taron S. Jones, Jacob M. D. Jones
and Ambriana Jenkins
DATE: September 5, 2014

CITY OF CHICAGO
a Municipal Corporation

STEPHEN PATTON
Corporation Counsel
Attorney for City of Chicago
BY: _____
Liza M. Franklin, Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088
DATE: 9/10/14

_____
Brian P. Gainer
Johnson & Bell, Ltd.
33 W. Monroe Street, Suite 2700
Chicago, Illinois 60603
(312) 372-0770
Attorney No. 6286200
Attorney for Defendants
Vince Baldassano, Richard M. Maher, Tim E.
Wood, Paul J. Parks, Timothy L. Granville,
Karen Rittorno, Eric R. Olson, Christopher L.
Malenock, Martin T. Brennan, Erik A. Miehle,
Anthony J. Jannotta, Jeffrey T. Salvetti, and
Erick P. Seng
DATE: 9/10/14