UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Lois Jones, et al.
                        Plaintiff,

v.                                                 Case No.: 1:12–cv–07835
                                                 Honorable Thomas M. Durkin

Vince Baldassano, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 12, 2014:

      MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to stipulation, this action is hereby dismissed with prejudice with each party to bear its own costs and fees. Plaintiffs' motion to compel [76] is denied as moot. Defendants' motion to dismiss [87]is denied as moot. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.